No. 484. THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS ET AL., PLAINTIFFS IN ERROR, *v.* MRS. EMMA A. CASSADY, ADMINISTRATRIX, &C. In error to the Court of Civil Appeals for the Second Supreme Judicial District of the State of Texas. Motion to dismiss or affirm submitted October 10, 1916. Decided October 23, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Railway Co.* v. *King*, 222 U. S. 222; *Seaboard Air Line* v. *Padgett*, 236 U. S. 668, 673–674; *Great Northern Railway Co.* v. *Knapp*, 240 U. S. 464. *Mr. Joseph M. Bryson, Mr. Alexander Britton*, and *Mr. Evans Browne* for the plaintiffs in error. *Mr. H. L. Stuart* for the defendant in error.

---

No. 507. JOHN G. CHRISTOPHER ET AL., PLAINTIFFS IN ERROR, *v.* JANE MUNGEN AND HENRY MUNGEN, HER HUSBAND. In error to the Supreme Court of the State of Florida. Motion to dismiss or affirm submitted October 9, 1916. Decided October 23, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Eustis* v. *Bolles*, 150 U. S. 361; *Gaar, Scott & Co.* v. *Shannon*, 223 U. S. 468, 470; *Mellon* v. *McCafferty*, 239 U. S. 134; (2) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Parker* v. *McLain*, 237 U. S. 469. *Mr. George C. Bedell* for the plaintiffs in error. *Mr. Nathan P. Bryan* and *Mr. J. T. G. Crawford* for the defendants in error.